Case 1:10-cv-10624-WGY   Document 19   Filed 08/13/10   Page 1 of 2

UUNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIC ACTION
NO. 10-10624-WGY

JOSE PARADA,

    Plaintiff

v.

OCEAN STATE TOWING & RECOVERY, INC, et al.,

    Defendants and Plaintiffs-
        in Counterclaim

**STIPULATION OF DISMISSAL**

Now come the parties in the above-entitled action and stipulate and agree that said action, and any and all crossclaims therein, be, and the same hereby are, dismissed with prejudice and without costs, the parties waiving all rights of appeal.

The Plaintiff,
By his attorney,

/s/ Nicholas F. Ortiz
Nicholas F. Ortiz, Esquire
306 Dartmouth Street (#501)
Boston, MA 02116
(617) 338-9400
BBO No. 655136
clients@mass-legal.com

Defendant Ocean State
    Towing & Recovery, Inc.
By its attorney,

/s/ Neal Sahagian
Neal Sahagian, Esquire
Powers, DiCicco & Sahagian
Lynnfield Woods Office Park
210 Broadway (Suite 104)
Lynnfield, MA 01940
(781) 593-7400
BBO No. 437850
NealS@pd-s.com

Defendant Volvo Car Finance
       North America, LLC
By its attorney,


/s/ *Michael E. Hager*
Michael E. Hager, Esquire
11 Beacon Street (#1200)
Boston, MA 02108-3016
(617) 723-7133
BBO No. 216460


## Certificate of Service

I, Michael E. Hager, attorney for defendant Volvo Car Finance, hereby certify under the penalties of perjury that on August 13, 2010 I served a copy of the foregoing stipulation electronically upon all interested parties.

/s/ *Michael E. Hager*
Michael E. Hager
11 Beacon Street (#1200)
Boston, MA 02108-3016
(617) 723-7133
BBO No. 216460
mehager75@hotmail.com